```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANDREW TORO, on behalf of himself and all                   :
others similarly situated,                                  :
                                                            :
                        Plaintiffs,                         :    23-CV- 3110 (VSB)
                                                            :
            -against-                                       :    ORDER
                                                            :
FREIDA ROTHMAN, LLC.,                                       :
                                                            :
                        Defendants.                         :
                                                            :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

On April 14, 2023, Plaintiffs filed this action against Defendants. (Doc. 1.) Plaintiff obtained a summons on April 17, 2023. (Doc. 4.) On July 21, 2023, I ordered Plaintiff to submit a letter of no more than three pages on or before July 26, 2023 demonstrating good cause as to why this case should not be dismissed for failure to serve Defendants within ninety days of filing the complaint. (Doc. 5.) To date, Plaintiff has not submitted a letter of good cause, filed an affidavit of service, or taken any other action to prosecute this case. Accordingly, it is hereby:

ORDERED that this case is dismissed without prejudice. The Clerk of Court is requested to terminate this case.

SO ORDERED.

Dated:   July 31, 2023
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge